UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated; ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>M.I., L.L.C. a Delaware Limited Liability Company, doing business as M-I SWACO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:12-cv-01718-AWI-MJS<br><br>**ORDER CONTINUING HEARING DATES FOR MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND MOTION FOR CLASS ACTION/COLLECTIVE CERTIFICATION** |

Having read and considered the parties' Joint Stipulation, and finding good cause therefor, the Court hereby GRANTS the Joint Stipulation as follows:

IT IS HEREBY ORDERED that:

(1) The hearing on Plaintiffs' Motion for Conditional Collective Action Certification is continued from 9:30 a.m. on August 30, 2013 to 9:30 a.m. on February 21, 2014;

(2) Defendant's opposition thereto will be due on or before January 17, 2014; and

(3) Plaintiffs' reply thereto will be due on or before January 31, 2014.

IT IS HEREBY FURTHER ORDERED that:

(1) The hearing on Plaintiffs' Motion for Class Certification and, if applicable, Motion for Collective Certification is continued from 1:30 p.m. on January 17, 2014 to 1:30 p.m. on July 14, 2014;

(2) Plaintiffs' deadline for filing the Motion for Class Certification and, if applicable, Motion for Collective Certification will be April 7, 2014;

(3) Defendant's opposition thereto will be due on or before May 12, 2014;

(4) Plaintiffs' reply thereto will be due on or before June 9, 2014;

(5) The deadline for disclosing expert witnesses for purposes of moving for/against class certification and, if applicable, moving for/against collective certification will be March 21, 2014; and

(6) In the event that the Court grants conditional certification of Plaintiffs' Fair Labor Standards Act ("FLSA") Claim for Relief and authorizes Notice of Right to Join Action Pursuant to 29 U.S.C. § 216(b), the FLSA claim of any individual filing a Consent to Join this action as a potential member of the FLSA collective action shall be tolled from August 5, 2013 until February 21, 2014 (or such other date as the Court sets for the hearing of Plaintiffs' Motion), thereby extending the applicable statute of limitation for each such individual by the number

1  of days from August 5, 2013 to the date upon which the Motion is
2  heard.
3
4
5  IT IS SO ORDERED.
6
   Dated:   August 5, 2013                /s/ *Michael J. Seng*
7                                         UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 24278665.1

2                                    [PROPOSED] ORDER