Ira Spiro, State Bar No. 67641
    ira@spirolawcorp.com
Jennifer Connor, State Bar No. 241480
    Jennifer@spirolawcorp.com
**SPIRO LAW CORP.**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone:    (310) 235-2350
Facsimile:    (310) 235-2351

Jeff Holmes, State Bar No. 100891
    jeffholmesjh@gmail.com
**BLANCHARD LAW GROUP, APC**
3311 East Pico Boulevard
Los Angeles, California 90023
Telephone:    (213) 599-8253
Facsimile:    (213) 402-3949

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated,<br>ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 1:12-cv-01718-AWI-MJS<br><br>**NOTICE OF CHANGE OF FIRM NAME AND DESIGNATION OF COUNSEL** |

**PLEASE TAKE NOTICE** the firm name of SPIRO MOORE LLP has changed to SPIRO LAW CORP. The new firm contact information is as follows:

SPIRO LAW CORP.
11377 West Olympic Boulevard, 5th Floor
Los Angeles, CA 90064
T. (310) 235-2350
F. (310) 235-2351
www.spirolawcorp.com

The new e-mail addresses for attorneys Ira Spiro, and Jennifer Connor are:

Ira Spiro: ira@spirolawcorp.com

Jennifer Connor: jennifer@spirolawcorp.com

Plaintiff Sarmad Syed hereby designates Ira Spiro and Jennifer Connor from SPIRO LAW CORP. as counsel of record for service in this action. H. Scott Leviant is no longer counsel of record in this action.

DATED: October 7, 2013

By: /S/ Jennifer Connor
Jennifer Connor
Ira Spiro of
SPIRO LAW CORP.

Page 2
NOTICE OF CHANGE OF FIRM NAME AND DESIGNATION OF COUNSEL