Ira Spiro, State Bar No. 67641
　　ira@spirolawcorp.com
Jennifer Connor, State Bar No. 241480
　　jennifer@spirolawcorp.com
**SPIRO LAW CORP.**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone:　(310) 235-2350
Facsimile:　(310) 235-2351

Jeff Holmes, State Bar No. 100891
　　jeffholmesjh@gmail.com
**BLANCHARD LAW GROUP, APC**
3311 East Pico Boulevard
Los Angeles, California 90023
Telephone:　(213) 599-8253
Facsimile:　(213) 402-3949

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated, ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01718-AWI-MJS<br><br>**ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE**<br><br>*Class Cert. Motion*: May 19, 2014<br>*Opposition Motion:* June 23, 2014<br>*Reply Motion*: July 21, 2014<br>*Hearing Date*: August 29, 2014<br><br>*Expert Disclosures*: May 5, 2014 |

Before the Court is the Parties' Joint Stipulation For A Ninety (90) Day Continuance Re: Motion For Conditional Collective And Class Action Certification Deadlines ("Joint Stipulation") seeking to amend the operative class and collective certification briefing schedule. Good cause having been shown, said application is GRANTED, and the following class certification and/or collective action deadlines are extended as follow:

(1) the deadline for disclosing expert witnesses for purposes of moving for/against class certification and, if applicable, moving for/against collective certification be continued from May 5, 2014 to <u>August 7, 2014</u>;

(2) the deadline for filing a Motion for Class Certification and, if applicable, Motion for Collective Certification be continued from May 19, 2014 to <u>August 22, 2014</u>;

(3) the deadline for Defendant's opposition to any Motion for Class Certification and, if applicable, Motion for Collective Certification be continued from June 23, 2014 to <u>October 10, 2014</u> ;

(4) the deadline for Plaintiffs to file any reply in support of their Motion for Class Certification and, if applicable, Motion for Collective Certification be continued from July 21, 2014 to <u>October 31, 2014</u>;

(5) the hearing on Plaintiffs' Motion for Class Certification and, if applicable, Collective Certification be continued from August 29, 2014 to <u>December 5, 2014</u> at 1:30 p.m

.

**ORDER**

Good cause appearing, the above Stipulation in Case No.: 1:12-cv-01718-AWI-MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   April 29, 2014             /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE