Ira Spiro, State Bar No. 67641
  ira@spirolawcorp.com
Jennifer Connor, State Bar No. 241480
  jennifer@spirolawcorp.com
**SPIRO LAW CORP.**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone:    (310) 235-2350
Facsimile:    (310) 235-2351

Jeff Holmes, State Bar No. 100891
  jeffholmesjh@gmail.com
**BLANCHARD LAW GROUP, APC**
3311 East Pico Boulevard
Los Angeles, California 90023
Telephone:    (213) 599-8253
Facsimile:    (213) 402-3949

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated,<br>ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.: 1:12-cv-01718-AWI-MJS<br><br>**ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE**<br><br>*Class Cert. Motion*: August 22, 2014<br>*Opposition Motion:* October 10, 2014<br>*Reply Motion*: October 31, 2015<br>*Hearing Date*: December 05, 2015<br><br>*Expert Disclosures*: August 07, 2014 |

Before the Court is the Parties' Joint Stipulation For Further Ninety (90) Day Continuance Re: Motion For Conditional Collective And Class Action Certification Deadlines ("Joint Stipulation") seeking to amend the operative class and collective certification briefing schedule. Good cause having been shown, said application is GRANTED, and the following class certification and/or collective action deadlines are extended as follow:

(1) the deadline for disclosing expert witnesses for purposes of moving for/against class certification and, if applicable, moving for/against collective certification be continued from August 7, 2014 to November 05, 2014;

(2) the deadline for filing a motion for class certification and, if applicable, motion for collective certification be continued from August 22, 2014 to November 20, 2014;

(3) the deadline for Defendant's opposition to any motion for class certification and, if applicable, motion for collective certification be continued from October 10, 2014 to January 22, 2015;

(4) the deadline for Plaintiffs to file any reply in support of their motion for class certification and, if applicable, motion for collective certification be continued from October 31, 2014 to February 12, 2015; and

(5) the hearing on Plaintiffs' motion for class certification and, if applicable, collective certification be continued from December 5, 2014 at 1:30 p.m. to February 27, 2015 at 9:30 a.m.

## **ORDER**

Good cause appearing, the Stipulation to extend briefing schedule in the above-entitled action Case No.: 1:12-cv-01718-AWI-MJS is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   July 21, 2014                     /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE