UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated; ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>M.I., L.L.C. a Delaware Limited Liability Company, doing business as M-I SWACO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:12-cv-01718-AWI-MJS<br><br>**ORDER CONTINUING DEADLINE TO FILE NOTICE RE: DATASET AND PROPOSED NOTICE** |

**HAVING READ AND CONSIDERED THE PARTIES' JOINT STIPULATION CONTINUING DEADLINE TO FILE NOTICE RE: DATASET AND PROPOSED NOTICE IN Case No. 1:12-cv-01718-AWI-MJS, AND FINDING GOOD CAUSE THEREFORE, THE COURT HEREBY GRANTS THE JOINT STIPULATION AS FOLLOWS:**

**IT IS HEREBY ORDERED** that:

**(1) By 4:00 PM, January 22, 2015, Defendant is ORDERED to prepare in Microsoft excel, a class list that includes, to the extent known by Defendant, the names, last known mailing addresses, all prior mailing address, last known email addresses, all prior email addresses, last known telephone number, all prior telephone numbers, and social security numbers of present and former employees falling within the class description and to file a notice certifying that the dataset is ready to be given to a third party administrator.**

**(2) By 4:00 PM, January 22, 2015, Plaintiffs are ORDERED to file with the Court an updated proposed notice that complies with the rulings of the Order and that names a third party administrator that is able and willing to comply with the procedures specified in the Court's Order.**

**(3) Equitable tolling applies through January 27, 2015, when the**

**Court anticipates issuing an Order approving issuance of the notices to potential class members.**

IT IS SO ORDERED.

Dated:   January 8, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE