Michael D. Singer (SBN 115301)
    msinger@ckslaw.com
Jennifer L. Connor (SBN 241480)
    jconnor@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Tel.: (619) 595-3001
Fax: (619) 595-3000

Ira Spiro, State Bar No. 67641
    ira@spirolawcorp.com
**SPIRO LAW CORP.**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone:   (310) 235-2350
Facsimile:   (310) 235-2351

Jeff Holmes, State Bar No. 100891
    jeffholmesjh@gmail.com
**BLANCHARD LAW GROUP, APC**
3311 East Pico Boulevard
Los Angeles, California 90023
Telephone:   (213) 599-8253
Facsimile:   (213) 402-3949

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated,<br>ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 1:12-cv-01718-AWI-MJS<br><br>**ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE**<br><br>*Class Cert. Motion*: February 18, 2015<br>*Opposition Motion:* April 22, 2015<br>*Reply Motion*: May 8, 2015<br>*Hearing Date*: May 22, 2015<br><br>*Expert Disclosures*: February 3, 2015 |

Before the Court is the Parties' Joint Stipulation For One Hundred And Fifty (150) Days Continuance Re: Motion For Conditional Collective And Class Action Certification Deadlines ("Joint Stipulation") seeking to amend the operative class and collective certification briefing schedule. Good cause having been shown, said application is GRANTED, and the following class certification and/or collective action deadlines are extended as follow:

(1) the deadline for disclosing expert witnesses for purposes of moving for/against class certification and, if applicable, moving for/against collective certification be continued from February 3, 2015 to June 23, 2015;

(2) the deadline for filing a motion for class certification and, if applicable, motion for collective certification be continued from February 18, 2015 to July 8, 2015;

(3) the deadline for Defendant's opposition to any motion for class certification and, if applicable, motion for collective certification be continued from April 22, 2015 to September 9, 2015;

(4) the deadline for Plaintiffs to file any reply in support of their motion for class certification and, if applicable, motion for collective certification be continued from May 8, 2015 to September 25, 2015 and

(5) the hearing on Plaintiffs' motion for class certification and, if applicable, collective certification be continued from May 22, 2015 to October 9, 2015 at 9:30 a.m.

# **ORDER**

Good cause appearing, the Stipulation in the above-entitled action is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  January 29, 2015            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE