# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARMAD SYED, individually, and on behalf of all others similarly situated; ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and DOES 1 through 10, inclusive,**<br><br>**Defendant** | **CASE NO. 1:12-CV-1718 AWI MJS**<br><br>**ORDER RE: ADDITIONAL BRIEFING** |

Syed v. M-I, LLC (Civ. Case No. 12-1718) has been related to Dewan v. M-I, LLC (Civ. Case No. 14-1151). Dewan was recently transferred from the Southern District of Texas. These two cases have the same Defendant and deal with overlapping issues of law, specifically, the applicability of FLSA exemptions to Defendant's mud engineers. There is a pending motion for summary judgment in Dewan. A ruling in favor of Defendant in Dewan could affect Syed. The Plaintiffs in Syed are invited to file a brief in Dewan addressing the summary judgment motion by Tuesday, April 14, 2015. Defendant may file a response by Thursday April 30, 2015. These papers are to be filed in the docket of Dewan, Civ. Case No. 14-1151.

IT IS SO ORDERED.

Dated:   February 17, 2015                              _____
                                                                                    SENIOR  DISTRICT  JUDGE