# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARMAD SYED, individually, and on behalf of all others similarly situated; ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and DOES 1 through 10, inclusive,**<br><br>**Defendant** | **CASE NO. 1:12-CV-1718 AWI MJS**<br><br>**ORDER RE: APPROVAL OF THIRD PARTY ADMINISTRATOR AND APPROVAL OF NOTICE AND CONSENT TO JOIN FORMS** |

Plaintiffs have provided proposed notice and consent to join forms as well as background on a proposed third party administrator. Doc. 40.  Plaintiffs have made all modifications to the forms requested by prior court orders.  The third party administrator appears to be suited to undergo the mailing and receipt of consent form process.  The forms and third party administrator are approved.

IT IS SO ORDERED.

Dated:   February 17, 2015

_____
SENIOR  DISTRICT  JUDGE