Michael D. Singer (SBN 115301)
    msinger@ckslaw.com
Jennifer L. Connor (SBN 241480)
    jconnor@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Tel.: (619) 595-3001
Fax: (619) 595-3000

Ira Spiro, State Bar No. 67641
    ira@spirolawcorp.com
**SPIRO LAW CORP.**
10573 West Pico Blvd., #865
Los Angeles, California 90064-1683
Telephone:  (310) 235-2350
Facsimile:   (310) 287-2017

Jeff Holmes, State Bar No. 100891
    jeffholmesjh@gmail.com
**BLANCHARD LAW GROUP, APC**
3311 East Pico Boulevard
Los Angeles, California 90023
Telephone:  (213) 599-8253
Facsimile:   (213) 402-3949

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated, ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 1:12-cv-01718-AWI-MJS<br><br>**ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE**<br><br>*Class Cert. Motion*: July 8, 2015<br>*Opposition Motion:* September 9, 2015<br>*Reply Motion*: September 25, 2015<br>*Hearing Date*: October 9, 2015<br><br>*Expert Disclosures*: June 23, 2015 |

[PROPOSED] ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE

Before the Court is the Parties' Joint Stipulation For A Five Month (5) Continuance Re: Motion For Conditional Collective And Class Action Certification Deadlines ("Joint Stipulation") seeking to amend the operative class and collective certification briefing schedule. Good cause having been shown, said application is GRANTED, and the following class certification and/or collective action deadlines are extended as follow:

(1) the deadline for disclosing expert witnesses for purposes of moving for/against class certification and, if applicable, moving for/against collective certification be continued from June 23, 2015 to November 23, 2015;

(2) the deadline for filing a motion for class certification and, if applicable, motion for collective certification be continued from July 8, 2015 to December 8, 2016;

(3) the deadline for Defendant's opposition to any motion for class certification and, if applicable, motion for collective certification be continued from September 9, 2015 to February 9, 2016;

(4) the deadline for Plaintiffs to file any reply in support of their motion for class certification and, if applicable, motion for collective certification be continued from September 25, 2015 to February 25, 2016; and

(5) the hearing on Plaintiffs' motion for class certification and, if applicable, collective certification be continued from October 9, 2015 to March 11, 2016 at 9:30 a.m.

ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE

1

2                                           **<u>ORDER</u>**

3          Good cause appearing, the STIPULATION EXTENDING THE CLASS AND

4     COLLECTIVE CERTIFICATION BRIEFING SCHEDULE (ECF No.49) in Case No.: 1:12-

5     cv-01718-AWI-MJS is accepted and adopted as the Order of this Court.

6

7

8     IT IS SO ORDERED.

9          Dated:    June 4, 2015              /s/ *Michael J. Seng*

10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE