# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated, ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.1:12-cv-01718-AWI-MJS<br><br>**ORDER EXTENDING THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE** |

Before the Court is the Parties' Joint Stipulation For Ninety (90) Days Continuance Re: Motion For Conditional Collective And Class Action Certification Deadlines ("Joint Stipulation") seeking to amend the operative class and collective certification briefing schedule.  Good cause having been shown, said application is GRANTED, and the following class certification and/or collective action deadlines are extended as follow:

(1) the deadline for disclosing expert witnesses for purposes of moving for/against class certification and, if applicable, moving for/against collective certification shall be continued from November 23, 2015 to February 22, 2016;

(2) the deadline for filing a motion for class certification and, if applicable, motion for collective certification be continued from December 8, 2015 to March 8, 2016;

(3) the deadline for Defendant's opposition to any motion for class certification and, if applicable, motion for collective certification be continued from February 9, 2016 to May 11, 2016;

(4) the deadline for Plaintiffs to file any reply in support of their motion for class certification and, if applicable, motion for collective certification be continued from February 25, 2016 to May 23, 2016; and

(5) the hearing on Plaintiffs' motion for class certification and, if applicable, collective certification be continued from March 11, 2016 to June 10, 2016 at 9:30 a.m.

1

2
## <u>ORDER</u>

3    Good cause appearing, the parties Stipulation to EXTEND THE CLASS

4   AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE in Case No.

5   1:12-cv-1718-AWI-MJS is hereby approved and adopted as the Order of this

6   Court.

7    There have been several successive extensions in this case.  **No further**

8   **extensions** will be granted absent new, unforeseen and unforeseeable facts and

9   circumstances establishing good cause for same.

10

11  IT IS SO ORDERED.

12

13  Dated:   November 18, 2015     /s/ *Michael J. Seng*

14                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28