# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated, ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-01718-AWI-MJS<br><br>**ORDER DENYING REQUEST TO EXTEND THE CLASS AND COLLECTIVE CERTIFICATION BRIEFING SCHEDULE** |

Before the Court is the Parties' Joint Stipulation For Sixty (60) Days Continuance Re: Motion For Conditional Collective And Class Action Certification Deadlines ("Joint Stipulation") seeking to amend the operative class and collective certification briefing schedule. Good cause having been shown, said application is GRANTED, and the following class certification and/or collective action deadlines are extended as follow:

(1) the deadline for filing a motion for class certification and, if applicable, motion for collective certification be continued from March 8, 2016 to May 6, 2016;

(2) the deadline for Defendant's opposition to any motion for class certification and, if applicable, motion for collective certification be continued from May 11, 2016 to July 11, 2016;

(3) the deadline for Plaintiffs to file any reply in support of their motion for class certification and, if applicable, motion for collective certification be continued from May 23, 2016 to July 22, 2016; and

(4) the hearing on Plaintiffs' motion for class certification and, if applicable, collective certification be continued from June 10, 2016 to August 12, 2016 at 9:30 a.m.

## **ORDER**

Having reviewed the parties' Stipulation to extend the class and collective certification briefing schedule in Case No. 1:12-cv-01718-AWI-MJS, the **seven** previous such Stipulations and Orders approving them, and the language of the most recent of those seven, signed November 18, 2015, which states:

> "There have been several successive extensions in this case.
>
> **No further extensions** will be granted absent new, unforeseen
>
> and unforeseeable facts and circumstances establishing good
>
> cause for same." (ECF No. 56. Emphasis in original.)

and the absence of any good cause having been shown, the Stipulation to again modify the schedule in this case is **DENIED**.

IT IS SO ORDERED.

Dated:   February 22, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE