# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARMAD SYED, individually, and on behalf of all others similarly situated, ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-01718-DAD-MJS<br><br>**ORDER CONTINUING RULE 23 CLASS ACTION CERTIFICATION AND MOTION TO AMEND DEADLINES AND HEARING DATES TO ALLOW FOR MEDIATION** |

Before the Court is the Parties' Joint Stipulation for Continuance of Plaintiffs' Motion to Amend and Motion for Rule 23 Class Action Certification Deadlines and Hearing Dates to Allow for Mediation ("Joint Stipulation") seeking to amend the operative motion to amend and class certification briefing schedule. Good cause having been shown, said application is GRANTED, and the following class certification deadlines are continued as follows:

(1) the deadline for Defendant's opposition to Plaintiffs' motion to amend is continued from April 19, 2016 to October 4, 2016;

(2) the deadline for Plaintiffs to file a reply in support of their motion to amend is continued from April 26, 2016 to October 11, 2016;

(3) the hearing on Plaintiffs' motion to amend is continued from May 3, 2016 to October 18, 2016 at 9:30 a.m.;

(4) the deadline for Defendant's opposition to Plaintiffs' Motion for class certification is continued from June 7, 2016 to November 22, 2016;

(5) the deadline for Plaintiffs to file a reply in support of their motion for class certification is continued from June 14, 2016 to November 29, 2016; and

(6) the hearing on Plaintiffs' motion for class certification is continued from June 21, 2016 to December 6, 2016 at 9:30 a.m..

///
///
///
///
///
///

## ORDER

Good cause appearing, the Stipulation in the above-entitled action is accepted and adopted as the Order of this Court.  In the event the case is resolved, Plaintiff is ordered to promptly notify the Court clerk and/or file a Notice of Tentative Settlement and take the pending motion off calendar.

IT IS SO ORDERED.

Dated:   **April 8, 2016**              /s/ Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE