**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARMAD SYED and ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.12-CV-01718 DAD (MJS)<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint filed:  October 18, 2012<br>Trial date:  None set |

1    Before the Court is the Parties' Stipulation for Continuance of the Deadline to
2 File a Motion for Preliminary Approval of Class Action Settlement. Good cause
3 having been shown, said application is GRANTED, and IT IS HEREBY
4 ORDERED that:

5    The deadline for which a Motion for Preliminary Approval of Class
6 Action Settlement shall be filed in case number 1:12-cv-01718-DAD-MJS is hereby
7 continued from November 14, 2016 to December 5, 2016.

IT IS SO ORDERED.

Dated:   November 11, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE