1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARMAD SYED and ASHLEY BALFOUR, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>M-I, L.L.C., a Delaware Limited Liability Company, doing business as M-I SWACO; and, DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.12-CV-01718 DAD (MJS)<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint filed:　October 18, 2012<br>Trial date:　　　None set |

- 1 -

Order Continuing Deadline to File Motion for Preliminary Approval of Class Action Settlement -
Case No. 12CV01718 DAD (MJS)

1  Before the Court is the Parties' Stipulation for Continuance of the Deadline to
2  File a Motion for Preliminary Approval of Class Action Settlement. Good cause
3  having been shown, said application is GRANTED, and IT IS HEREBY
4  ORDERED that:

5  The deadline by which a Motion for Preliminary Approval of Class Action
6  Settlement shall be filed in case number 1:12-cv-01718-DAD-MJS is hereby
7  continued from December 5, 2016 to December 21, 2016.

IT IS SO ORDERED.

Dated:   November 29, 2016            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE